In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner; AKIMOTO KAWAMURA, Respondent. [978 NYS2d 705]—

Per Curiam.

Peters, P.J., Lahtinen, Stein and McCarthy, JJ., concur. Ordered that respondent's application is granted; and it is further ordered that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.